United States District Court
Northern District of California

1
2
3
4      UNITED STATES DISTRICT COURT
5      NORTHERN DISTRICT OF CALIFORNIA
6
7   EDWARD M. ANAYA,                    Case No. 15-cv-02012-DMR
             Plaintiff,
8
        v.                              **ORDER RE DEFENDANT'S MOTION FOR EXTENSION OF TIME**
9
10  JANE C. PANDELL, et al.,            Re: Dkt. No. 9
             Defendants.
11
12      The court has reviewed Defendant Jane Curran Pandell's motion for an extension of time
13  to respond to Plaintiff Edward M. Anaya's complaint and request to shorten time on the motion.
14  [Docket No. 9.] The court will treat Defendant's motion as a motion for administrative relief
15  pursuant to Civil Local Rule 7-11. **Any opposition by Plaintiff is due by no later than 5:00**
16  **p.m. on June 5, 2015.** Defendant's request to shorten time on the motion is denied as moot. The
17  court will rule on the motion on June 8, 2015, in conformance with the local rules.
18
19      **IT IS SO ORDERED.**
20  Dated: June 5, 2015
21                                      _____
22                                      Donna M. Ryu
                                        United States Magistrate Judge
23
24
25
26
27
28

