| | |
|---|---|
| 1 | Edward M. Anaya (State Bar No. 233354) |
| | Anaya Law |
| 2 | 1559-B Sloat Blvd, #170 |
| | San Francisco, CA 94132-1222 |
| 3 | Telephone: (415) 300-0871 |
| | E-mail: Anaya.legal@gmail.com |
| 4 | |
| 5 | Plaintiff |
| 6 |     —and— |
| 7 | Robert M. Pattison (State Bar No. 103528) |
| | JACKSON LEWIS P.C. |
| 8 | 50 California Street, 9th Floor |
| | San Francisco, California  94111-4615 |
| 9 | Telephone: (415) 394-9400 |
| | Facsimile: (415) 394-9401 |
| 10 | E-mail: pattisonr@jacksonlewis.com |
| 11 | Charles F. Seemann III, Of Counsel |
| | JACKSON LEWIS, P.C. |
| 12 | 650 Poydras Street, Suite 1900 |
| | New Orleans, Louisiana 70130 |
| 13 | Telephone: (504) 208-1755 |
| | Facsimile: (504) 208-1759 |
| 14 | E-mail: Charles.Seemann@jacksonlewis.com |
| 15 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD M. ANAYA, an individual, | Case No.  4:15-cv-02012-DMR |
| Plaintiff, | [~~PROPOSED~~] ORDER REGARDING THE PARTIES' NOTICE OF PENDING SETTLEMENT AS MODIFIED |
| vs. | |
| PANDELL LAW FIRM, INC. PROFIT SHARING PLAN; ALEXANDER J. PANDELL; JANE CURRAN PANDELL; and DOES 1 – 50, | Ctrm.:    4 – 3rd Fl.<br>Judge:    Donna M. Ryu, Magistrate Judge |
| Defendant. | Complaint Filed:   5/1/2015 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The Court, having reviewed all papers related to the parties' "Joint Notice of Pending Settlement and Stipulation of Dismissal as to Individual Defendants," hereby approves the Notice and Stipulation as follows:

1. Defendants, Jane Curran Pandell and Alexander J. Pandell (collectively, "Individual Defendants") are dismissed without prejudice; and

2. Plaintiff's right to re-assert claims against the Individual Defendants is reserved, pending formal settlement.

3. The parties shall have thirty (30) days from the date of this Order to submit a formal pleading that dismisses the action pursuant to settlement, or in the event settlement is not finalized, advising the Court of same.

*The court withdraws its 7/29/15 order to provide a status report by 8/12/15.*

4. All dates and deadlines applicable to the above-captioned action are suspended pending further order of the Court.

IT IS SO ORDERED.

DATE: __July 30, 2015_____    _____
Donna M. Ryu, U.S. Magistrate Judge

*IT IS SO ORDERED*
*Judge Donna M. Ryu* (signature)

4843-3392-6694, v. 1

---

[Proposed] Order Regarding the
Parties' Notice of Pending Settlement                    Case No. 4:15-cv-02012-DMR

2