UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD M. ANAYA,

    Plaintiff,

v.

PANDEL LAW FIRM PROFIT SHARING PLAN,

    Defendant.

Case No. 15-cv-02012-DMR

**ORDER TO SUBMIT STATUS REPORT**

The parties filed a joint notice of pending settlement on July 1, 2015. [Docket No. 15.] On July 30, 2015, the court ordered the parties to file a request for dismissal or joint report regarding the status of settlement within thirty days, or by August 31, 2015. [Docket No. 18.] No such filing has been received. Therefore, the parties shall file either a request for dismissal or joint report regarding the status of settlement by **September 8, 2015.**

**IT IS SO ORDERED.**

Dated: September 2, 2015



Donna M. Ryu
United States Magistrate Judge